Order issued October /2 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00130-CV

**TECORE, INC., Appellant**

**V.**

**AIRWALK COMMUNICATIONS, INC., Appellee**

## ORDER

We **GRANT** appellee's October 9, 2012 second unopposed motion for an extension of time to file a brief. Appellee shall file its brief on or before November 19, 2012. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

ELIZABETH LANG-MIERS
JUSTICE